UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

          Plaintiff,

   v.

JIMMY HAYWOOD, JR.,

          Defendant.

CASE NO. CR05-155JLR

MINUTE ORDER

    The following minute order is made by the direction of the court, the Honorable James L. Robart:

    The Stipulated Motion to Amend Judgment (Dkt. # 77) filed on December 12, 2005, is hereby GRANTED, and the U.S. Attorneys' Office is directed to provide the court with an amended judgment for signature.

    Filed and entered this 12th day of December, 2005.

                            BRUCE RIFKIN, Clerk

                            By   s/Mary Duett
                                  Deputy Clerk

MINUTE ORDER